# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EDWARD PHILLIPS, KEVIN EASON,** and **GLORIDA HUNTER BROWN,**
Appellants,

v.

**WESTVIEW COMMUNITY CEMETERY OF POMPANO BEACH, INC.,**
and **KZ COPANS, LLC,**
Appellees.

No. 4D22-1635

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE21018476.

Khambrel Davis of Davis and Davis Law, Boca Raton, for appellants.

Jonathan A. Heller of Law Offices of Jonathan A. Heller, P.A., Coral Gables, for appellee Westview Community Cemetery.

Michael W. Marcil, Jonathan K. Osborne, and Lawrence G. Horsburgh of Gunster, Yoakley & Stewart, P.A., Fort Lauderdale, for appellee KZ Copans, LLC.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***